# Court of Appeals, State of Michigan

## ORDER

People of MI v Elizabeth Long

Docket No.   332900

LC No.     15-002302-FC

Patrick M. Meter
Presiding Judge

Stephen L. Borrello

Michael J. Riordan
Judges

The Court orders that the December 19, 2017 opinion is hereby AMENDED to correct a clerical error. On page nine, the signature block at the bottom of the page is amended to read: Patrick M. Meter, Stephen L. Borrello, Michael J. Riordan.

In all other respects, the December 19, 2017 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

DEC 2 8 2017
Date

Chief Clerk